June 30, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ANDREW T. VO, INDIVIDUALLY AND D/B/A LARRY VO, VIET LE, TAM VAN LE AND VO-LE, INC., Appellant

NO. 14-14-00994-CV            V.

HO KIM DOAN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Ho Kim Doan, signed, September 16, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Andrew T. Vo, Individually and d/b/a Larry Vo, Viet Le, Tam Van Le and Vo-Le, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.